CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
MATHEW W. PILE (WSBA 32245)
Head of Program Litigation 1
ERIN HIGHLAND (GA 153550)
Special Assistant United States Attorney
Program Litigation 1
Law and Policy
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(206) 615-2495
erin.highland@ssa.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KYLER WILLIAM PEAKE,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | ) CIVIL NO. 3:26-cv-02767-PHK<br>)<br>) ADMINISTRATRIVE MOTION TO<br>) CONFIRM RESPONSE DATE;<br>) [PROPOSED] ORDER<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to Civil Local Rule 7-11 and Federal Rule of Civil Procedure 6(b)(1)(A), Defendant hereby moves the Court for an order clarifying or in the alternative extending the time within Defendant must answer or otherwise respond to the complaint.

Under the Supplemental Rules for Social Security Actions, Rule 4, an answer must be served on the plaintiff within 60 days after the Commissioner receives notice of the action. An answer may be limited to a certified copy of the administrative record. *See* Supplemental Rules for Social Security Actions.

MOTION TO CONFIRM RESPONSE DATE
[3:26-cv-02767-PHK]                1

However, in this case Plaintiff's IFP motion, filed on March 30, 2026, is still pending before this Court. ECF No. 2. To institute an action in federal court, a plaintiff has to pay a filing fee OR be granted leave to proceed in forma pauperis. *See* 28 U.S.C. § 1914(a), 28 U.S.C. Section 1915(a). Thus, Defendant understands that a case does not truly begin in federal court until the plaintiff has either paid the filing fee or the court has granted the IFP petition.

Thus, Defendant requests that the Court order that the due date for Defendant to file a certified copy of the administrative record or otherwise respond to Plaintiff's complaint be within 14 days after the Court grants Plaintiff's IFP application or Plaintiff pays the filing fee.

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

MATHEW W. PILE
Head of Program Litigation 1

By: s/ *Erin Highland*
Erin Highland
Special Assistant United States Attorney
Program Litigation1 | Law and Policy

Attorneys for Defendant

MOTION TO CONFIRM RESPONSE DATE
[3:26-cv-02767-PHK]                2

## [PROPOSED] ORDER

GOOD CAUSE APPEARING, Defendant's Administrative Motion is GRANTED. The time within which Defendant must answer or otherwise respond to the complaint is extended to 14 days after the Court grants Plaintiff's IFP application or Plaintiff pays the filing fee.

IT IS SO ORDERED.

Dated:  May 27, 2026

_____
THE HONORABLE PETER H. KANG
UNITED STATES MAGISTRATE JUDGE

MOTION TO CONFIRM RESPONSE DATE
[3:26-cv-02767-PHK]                    3